# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SERGIO SANTOY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.<br><br>Removal from the District Court of Cameron County – 138th District Court Cameron County, Texas Case No.: 2022-DCL-03571-B<br><br>DEFENDANT SYNCHRONY BANK'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331, 1441 AND 1446 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Synchrony Bank ("Synchrony"), hereby removes the above-captioned matter to this Court from the District Court of Cameron County, 138th District Court, Cameron County, Texas, where it is currently pending as Case No. 2022-DCL-03571-B, based upon the following:

### I.　　BACKGROUND

1.　　Plaintiff Sergio Santoy ("Plaintiff") commenced this action in the District Court of Cameron County, 138th District Court, Cameron County, Texas ("State Court Action"), by filing a Petition ("Petition") on July 22, 2022. True and correct copies of Plaintiff's Original Petition, the Citation, and the incomplete Return of Service, as served upon Synchrony, are attached hereto as **Exhibit A** (Petition), **Exhibit B** (Citation), and **Exhibit C** (Return of Service) respectively**.**

2.　　Synchrony was served with the Citation, Petition, and Return of Service on August 4, 2022. *See* **Exhibits A, B, C**.

3. The State Court Action arises from a dispute regarding a consumer credit card account. *See* **Exhibit A**.

4. The Petition alleges a cause of action for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. *See* **Exhibit A** (¶¶ 31, 33, 38).

5. To the knowledge of Synchrony, at the time of filing this Notice of Removal, the other named defendant to the State Court Action, Co-Defendant Experian Information Solutions, Inc. ("Experian"), has not appeared, and upon information and belief, has not been served.

## II.   REMOVAL TO THIS COURT IS PROPER

1. Removal of this action is proper under 28 U.S.C. § 1441(a), which allows for the removal of any civil action over which the district courts of the United States would have original jurisdiction.

2. Synchrony is removing this matter on the basis of federal question jurisdiction under 28 U.S.C. § 1331.

3. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 in that it is a civil action arising under the laws of the United States, specifically the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

4. This Court also has supplemental jurisdiction over any state claims in the Petition because these claims would necessarily arise from the same core, operative facts relating to the alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. Accordingly, the state law claims are related to the federal question claims, and thereby form a part of the same case and controversy pursuant to 28 U.S.C. § 1367(a).

5. Accordingly, had the Petition been brought in the United States District Court for the Southern District of Texas in the first instance, this Court would have had original jurisdiction

over the subject matter under 28 U.S.C. § 1331. As a result, this action is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

6. The County Court of the District Court of Cameron County, 138th District Court, Cameron County, Texas is located within the United States District Court for the Southern District of Texas. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

### III. REMOVAL TO THIS COURT MEETS PROCEDURAL REQUIREMENTS

1. **Removal Is Timely.** Synchrony received the Summons and Petition on August 4, 2022, and, therefore, this Notice of Removal is timely in that it is filed within thirty days after service upon Synchrony of a copy of the initial pleading setting forth the removable claim. *See* 28 U.S.C. § 1446(b).

2. **Co-Defendant's Consent Is Inapplicable.** Experian has not appeared in this action and, upon information and belief, has not been served, and, thus, their consent is not required.

3. **Notice.** Synchrony will promptly serve Plaintiff and file with this Court its Notice of Removal to All Adverse Parties, informing Plaintiff that this matter has been removed to federal court. *See* 28 U.S.C. §§ 1446(a), (d). Synchrony will also promptly file with the Clerk of the District Court of Cameron County – 138th District Court Cameron County, and serve on Plaintiff, a Notice to Clerk of Removal to Federal Court, pursuant to 28 U.S.C. § 1446(d).

4. **Bond and Verification.** Pursuant to Section 1016 of the Judicial Improvements and Access to Justice Act of 1988, no bond is required in connection with this Notice of Removal. Pursuant to Section 1016 of the Act, this Notice need not be verified.

5. **Signature.** This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

6.     **No Waiver of Defenses.** Synchrony has good and sufficient defenses to this action and does not waive any defenses, jurisdictional or otherwise, by the filing of this notice.

7.     **Pleadings and Process Have Been Provided.** Pursuant to 28 U.S.C. § 1446(a), Synchrony has attached a copy of the pleadings which have been served upon it in the State Court Action. Synchrony will supplement this Removal with remaining pleadings and orders filed with the State Court in the State Court Action, if any, as soon as they are received. A true and correct copy of the Docket Summary for the State Court Action is attached hereto as **Exhibit D.**

8.     **This Is the Only Request for Removal.** Synchrony has not made a previous application for the relief requested herein.

9.     **Compliance with Local Rule 81.** In compliance with Local Rule 81, Synchrony attaches the exhibits referenced below:

   a.   All executed process in the case, attached as **Exhibits A-C**;

   b.   Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions, and all answers to such pleadings, attached as **Exhibit A-C**;

   c.   The docket sheet, attached as **Exhibit D**;

   d.   A list of all counsel of record, including addresses, telephone numbers, and parties represented, attached as **Exhibit E**; and

   e.   An index of matters being filed, attached as **Exhibit F**.

WHEREFORE, Synchrony respectfully requests this case be removed from the District Court of Cameron County, 138th District Court, Cameron County, Texas to this Court, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

- 5 -

DATED this the 26th day of August, 2022        Respectfully submitted,

REED SMITH LLP

*/s/ Cheryl L. Blount*
Cheryl L. Blount
State Bar No. 24076279
Federal ID No. 1447148
cblount@reedsmith.com
811 Main Street, Suite 1700
Houston, Texas  77002-6110
Telephone:   713.469.3800
Facsimile:    713.469.3899

**ATTORNEY FOR DEFENDANT SYNCHRONY BANK**

## CERTIFICATE OF SERVICE

I hereby certify that this 26th day of August, 2022, I caused to be served via email a true and correct copy of the foregoing on the following:

Thomas Bellinder, Esq.
Law Offices of Robert S. Gitmeid & Associates, PLLC
180 Maiden Lane, 27th Floor
New York, NY 10038
Email: Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff*

                                                    */s/ Cheryl L. Blount*
                                                    Cheryl L. Blount