United States District Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SERGIO SANTOY, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL NO. 1:22-CV-00109 |
| SYNCHRONY BANK, *et al.*, | § § | |
| Defendants. | § § | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Before the Court is the parties' "Joint Stipulation of Dismissal" (Dkt. No. 6). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Defendant Synchrony Bank are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on March 3, 2023.

_____
Rolando Olvera
United States District Judge